AO 246 (Rev. 7/92)

*PreTrial* ORIGINAL
*Marshals S. Park Army*

# United States District Court

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**

**AUG 24 2004**

at ___ o'clock and 59 min. ___
WALTER A. Y. H. CHINN, CLERK

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Shanena Ahuna

**ORDER OF PROBATION UNDER 18 U.S.C. §3607**

CASE NUMBER: 04-00011

The defendant having been found guilty of an offense described in 21 U.S.C. 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

IT IS ORDERED that the defendant is placed on probation as provided in 18 U.S.C. §3607 for a period of _____ without a judgment of conviction first being entered. The defendant shall comply with the standard conditions of probation set forth on the reverse of this Order, and the following special conditions:

The defendant:                           Special Assessment-$25.00

1) Shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer.

2) Shall undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

3) Shall be placed at Women's Way when a bedspace is available and is to reside with her sister and grandmother until bedspace is available.

_____
Signature of Judicial Officer

U.S. Magistrate Judge
Name and Title of Judicial Officer

## CONSENT OF THE DEFENDANT

I have read the proposed Order of Probation Under 18 U.S.C. §3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) <u>may</u> dismiss the proceedings and discharge me from probation <u>before</u> the expiration of the term of probation, or (2) <u>shall</u> dismiss the proceedings and discharge me from probation <u>at</u> the expiration of the term of probation.

My date of birth is 12/05/83, and I am (not) entitled to an expungement order as provided in 18 U.S.C. §3607(c), if the proceedings are dismissed.

Shanena C. Ahuna
Signature of Defendant

16-510 Puahani Street.
Address of Defendant

Shanlyn A S Park
Signature of Defense Counsel

Shanlyn A.S. Park
Printed Name of Defense Counsel

8/24/04
Date