Prob 12C
(Rev. 3/95 D/HI)

## SEALED BY ORDER OF THE COURT    ORIGINAL

### United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 9 2006

at __9__ o'clock and ____ min. ____
SUE BEITIA, CLERK

U.S.A. vs. SHANENA C. AHUNA                                Docket No. CR 04-00011-01

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Probation)

   COMES NOW JOYCE K.F.K. LUM, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of SHANENA C. AHUNA who was placed on supervision by the Honorable Barry M. Kurren sitting in the Court at Honolulu, Hawaii, on the 14th day of July 2005, who fixed the period of supervision at 1 year and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

   1. The defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. The defendant is to refrain from possession and/or use of alcohol while participating in substance abuse treatment.

      Modification: On 12/28/2005, the Court modified the offender's conditions of supervision based on the subject's failure to comply with Child Welfare Services and because she could benefit from mental health counseling. The General Condition was modified and the following special conditions were imposed:

      General Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day (mandatory condition).

   2. That the defendant participate in a mental health treatment at the discretion and direction of the U.S. Probation Office.

   3. That the defendant shall comply with all plans and recommendations of Child Welfare Services, at the discretion and direction of the Probation Office.



Prob 12C
(Rev. 3/95 D/HI)

3

## ORDER OF COURT

THE COURT ORDERS the issuance of a NO BAIL Warrant and that the offender be brought before the Court to show cause why supervision should not be revoked. The NO BAIL Warrant and the Petition to be sealed for other than law enforcement purposes and until such time that the offender has been arrested and the warrant duly executed.

Considered and ordered this 18th day of October, 2006, and ordered filed and made a part of the records in the above case.

_/s/ Leslie E. Kobayashi_
Leslie E. Kobayashi
U.S. Magistrate Judge

Re:   **AHUNA, Shanena**
      **Criminal No. CR 04-00011-01**
      **REVOCATION OF PROBATION**

## STATEMENT OF FACTS

As background information, the offender was wad found guilty of an offense described in 21 U.S.C. § 844 (Simple Possession of Methamphetamine). On 8/24/2004, the offender was placed on probation as provided in 18 U.S.C. § 3607 for a period of 12 months without a judgment of conviction first being entered. The offender was granted a Deferred Acceptance of Guilty Plea (DAGP).

On 7/14/2005, the DAGP was revoked on 7/14/2005 and the Court imposed 6 months of imprisonment and 1 year of supervised release. The DAGP was revoked for violations for refusing to comply with drug testing, failing to follow instructions, and the offender's admission of methamphetamine use. The offender was in the latter trimester of her pregnancy when she used methamphetamine on or about 6/05/2005.

Supervised release commenced on 12/27/2005. Upon her release, the offender was involved with Child Welfare Services (CWS) for the purpose of regaining custody of her children. However, the offender's parental rights were terminated with respect to her three children. The offender was granted supervised visitation with one of her children, Laesh, for whom the offender's grandparents are the primary caretakers.

To the offender's credit, while on supervision she was able to find employment. Although the offender appeared to be adjusting upon her release, ultimately, she incurred a positive drug test for methamphetamine. Based on this, the offender poses a risk to her unborn child. The violations are as follows:

### Violation No. 1 - Offender's Urinalysis Tested Positive for Methamphetamine:

On 10/10/2006, the offender submitted a urine specimen at the Probation Office. The specimen tested presumptive positive for amphetamine, however there was an insufficient quantity of urine to undergo laboratory confirmation. Ultimately, the offender provide a sufficient quantity of urine. The specimen was sent directly to the laboratory for confirmation testing. On 10/17/2006, the specimen was confirmed positive for methamphetamine.

Prob 12C  
(Rev. 3/95 D/HI)

2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Alleged Violation(s) of Probation</u>

That the subject has violated the conditions of her Probation (Judgment filed on August 11, 2005) as follows:

1. The offender's urine specimen submitted on 10/10/2006 tested positive for Methamphetamine in violation of the General Condition.

Based on the above, the U.S. Probation Officer recommends that a NO BAIL Warrant be issued and that the subject be brought before the Court to show cause why supervision should not be revoked.

---

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[✓] The issuance of a NO BAIL Warrant and that the subject be brought before the Court to show cause why supervision should not be revoked. The NO BAIL Warrant and the Petition to be sealed for other than law enforcement purposes and until such time that the offender has been arrested and the warrant duly executed.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on   10/18/2006

JOYCE K.F.K. LUM  
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.  
Supervising U.S. Probation Officer

Re:   AHUNA, Shanena
      Criminal No. CR 04-00011-01
      REVOCATION OF PROBATION
      STATEMENT OF FACTS - Page 2

      Of immediate concern is the fact that the offender is in her last trimester of her pregnancy. Because of the offender's use of methamphetamine, she poses a risk to herself and her unborn child. It is recommended that the Court issue a No Bail warrant for her appearance to show cause why supervised release should not be revoked.

      Respectfully submitted by,

_____
JOYCE K.F.K. LUM
U.S. Probation Officer

Approved by:

_____
GENE DeMELLO, JR.
Supervising U.S. Probation Officer

JKFK/tcp

Re:   AHUNA, Shanena
      Criminal No. CR 04-00011-01
      REVOCATION OF PROBATION
      STATEMENT OF FACTS - Page 3

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

There do not appear to be any circumstances that warrant consideration of additional conditions at this time.