AO 442 (Rev. 10/03) Warrant for Arrest

828796

# UNITED STATES DISTRICT COURT
## District of Hawaii

RECEIVED
2006 OCT 19  AM 10: 04
US MARSHALS SERVICE
HONOLULU, HI

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-00011-01 |

SHANENA C. AHUNA

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST SHANENA C. AHUNA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2006

at 8 o'clock and 25 min. A M
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | October 19, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant    By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . ||||
| Date Received 10/19/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 10/19/06 | | |