# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 04-00011

CASE NAME:         USA vs. SHANENA C. AHUNA

ATTYS FOR PLA:     Gabriel Colwell

ATTYS FOR DEFT:    Shanlyn A.S. Park

INTERPRETER:

JUDGE:   Leslie E. Kobayashi       REPORTER:   FTR-Courtroom 7

DATE:    10/23/2006                TIME:       10:35-10:48

COURT ACTION:  EP: Order to Show Cause as to Why Probation Should Not Be Revoked - Defendant present in custody.  Defendant indicated her true and correct name is **Shaena Ahuna**.

Defendant admits to the alleged violations of Probation.  Allocution by Defendant.  Sentencing recommendations by Govt and Defense.

Court finds that the Defendant has violated the conditions of her probation.  Probation revoked.  Defendant admonished by the Court.

SENTENCE:

Imprisonment: 6 Months.

Supervised Release: None.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager