AO 245B  (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:      1:04CR00011                                          Judgment - Page 3 of 3
DEFENDANT:        SHANENA C. AHUNA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 MONTHS

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district at 4 o'clock and 30 min PM
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 2 2006

SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on  11-29-06  to  FDC Honolulu
at  Honolulu, HI  , with a certified copy of this judgment.

John T. Rathman
WARDEN  ~~UNITED STATES MARSHAL~~

By  W. Tsai
    LIE  ~~Deputy U.S. Marshal~~